UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DAVID M. FASANO, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. 13-cv-13124-IT |
| v. | * | |
| | * | |
| VANTAGE POINT BANK et al., | * | |
| | * | |
| Defendants. | * | |

ORDER

June 16, 2015

TALWANI, D.J.

On May 6, 2015, counsel of record for Defendant Dan O'Brien ("O'Brien") filed a Motion for Leave to Withdraw as Counsel [#57]. On May 29, 2015, the court ordered counsel to file a certificate of service indicating that both the motion to withdraw and the court's order had been served on O'Brien. See Order [#75]. The court's order gave O'Brien fourteen days from the date of service to file any objections to counsel's motion. Id.

Defendants subsequently filed a certificate of service showing that O'Brien was served on June 1, 2015. See Certificates Service Pursuant the Court's May 29, 2015 Order, 2 [#76]. No opposition was filed by June 15, 2015.

Accordingly, counsel's Motion for Leave to Withdraw as Counsel [#57] is ALLOWED. Because no notice of replacement counsel has been filed, the clerk is ordered to indicate on the docket that O'Brien is proceeding pro se.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge